# United States District Court
# For The Western District of North Carolina
# Statesville Division

ELDRED DONELL EADY,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:04CV94-1-V
5:00CR41-1-V

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2007 Order.

Signed: June 11, 2007

Frank G. Johns, Clerk
United States District Court